UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kyong Barry, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>United Food & Commercial Workers, *et al.*,<br><br>   Defendants. | Civil Action No. 1:24-cv-01137-TNM |

**JOINT MOTION TO EXTEND TIME FOR DEPOSITIONS**

  The parties hereby move for leave of this Court to conduct depositions beyond the deadline set in the minute order of April 18, 2025. The current discovery deadline set in that minute order is Monday, September 15, 2025. After conferring, the parties have agreed to, and request permission to conduct, the following depositions beyond that deadline:

- Plaintiffs' Deposition of fact witness Kathy Finn to occur on September 16
- Plaintiffs' Rule 30(b)(6) Deposition of the Union on September 18
- Plaintiffs' Deposition of fact witness Marc Perrone on September 25

  Good cause exists for this short extension. Although the parties have diligently pursued discovery in this matter, the identified deponents are unavailable until after the current deadline. Two of these depositions are scheduled to occur before the scheduled status conference in this matter on September 19, 2025. Perrone is traveling outside of the country on a preplanned trip until September 19, so the parties propose conducting his deposition the following week.

  No party will be unfairly prejudiced by the requested relief. This is the first request for a discovery-related extension in this matter, and no further deadlines have yet been set by the Court.

| | |
|---|---|
| Dated: September 8, 2025 | Respectfully submitted, |
| /s/ *Faaris Akremi* | /s/ *Thomas H. Geoghegan* |
| Leon Dayan (DC Bar ID: 444144) | Thomas H. Geoghegan |
| Faaris Akremi (DC Bar ID: 1672041) | Will Bloom |
| Bredhoff & Kaiser, P.L.L.C. | Bar No. IL0104 |
| 805 Fifteenth Street NW, Suite 1000 | DESPRES, SCHWARTZ, |
| Washington, DC 20005 | & GEOGHEGAN, LTD. |
| Tel: (202) 842-2600 | 77 West Washington Street, Suite 711 |
| Fax: (202) 842-1888 | Chicago, Illinois 60602 |
| ldayan@bredhoff.com | Phone: (312) 372-2511 |
| fakremi@bredhoff.com | Fax: (312) 372-7391 |
| | tgeoghegan@dsgchicago.com |
| *Counsel for Defendants* | *Counsel for Plaintiffs* |