## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kyong Barry, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>United Food & Commercial Workers, *et al.*,<br><br>        Defendants. | Civil Action No. 1:24-cv-01137-TNM |

### UNOPPOSED MOTION TO EXTEND DISCOVERY FOR A LIMITED PURPOSE

Defendants hereby move to extend discovery through October 3, 2025 solely for the purpose of accommodating the production of documents subject to a Rule 45 subpoena served on a third-party on September 22, 2025. The current discovery cutoff is today, September 25, 2025.

The subpoena concerns a document that Defendants first learned of during a deposition on September 12, 2025. The parties to this litigation, together with counsel to the third-party, have attempted to work out voluntary production of the document but have so far been unsuccessful. Defendants are hopeful that the additional time requested in this Motion will allow time to resolve any remaining dispute.

Plaintiffs do not oppose this Motion. The requested extension will not necessitate the extension of any other deadline set by the Court, including the Post-Discovery Status Conference set for October 10, 2025.

Dated: September 25, 2025

Respectfully submitted,

*/s/ Faaris Akremi*
Leon Dayan (DC Bar ID: 444144)
Faaris Akremi (DC Bar ID: 1672041)
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street NW, Suite 1000
Washington, DC 20005
Tel: (202) 842-2600
Fax: (202) 842-1888
ldayan@bredhoff.com
fakremi@bredhoff.com

*Counsel for Defendants*