**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Kyong Barry and Iris Scott,

Plaintiffs,

v.

United Food & Commercial Workers, *et al.*,

Defendants.

Demand for a Jury Trial

Civil Action No. 1:24-cv-01137

# NOTICE OF APPEAL

Notice is hereby given this 17 day of June 2026, that plaintiffs Kyong Barry and Iris Scott hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgement of this Court entered on the 21 day of May 2026.

Dated: June 17, 2026

Respectfully Submitted,

By: *<u>/s/ Will W. Bloom</u>*
Counsel for Plaintiffs

Will W. Bloom (*pro hac vice)*
Thomas H. Geoghegan (No. IL0104)
DESPRES, SCHWARTZ, & GEOGHEGAN, LTD.
77 West Washington Street, Suite 711
Chicago, Illinois 60602
Phone: (213) 372-2511
Fax: (312) 971-5634
wbloom@dsgchicago.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on June 17, 2026 using the District of Columbia electronic filing system which I understand will send a notice of electronic filing to all parties of record through the Court's system.

Respectfully Submitted,
*/s/ Will W. Bloom*